UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **JULIE A. SU**, Acting Secretary of Labor, United States Department of Labor,<br><br>      Plaintiff,<br><br>  v.<br><br>**MONZER K. AL-DADAH, LLC**, and<br>**MONZER K. AL-DADAH**, an individual,<br><br>      Defendants. | )<br>)<br>)<br>)<br>) Civil Case No. 1:22-cv-01144-JES-JEH<br>)<br>)<br>)<br>)<br>)<br>) |

### ACTING SECRETARY OF LABOR'S UNOPPOSED MOTION TO APPROVE CONSENT JUDGMENT

Plaintiff Julie A. Su, Acting Secretary of Labor, United States Department of Labor ("Secretary"), pursuant to Federal Rule of Civil Procedure 7(b)(1), respectfully moves this Court to approve and enter the parties' agreed proposed consent judgment ("Consent Judgment"). In support, the Secretary states as follows:

1. On April 27, 2022, the Secretary filed a Complaint against Defendants Monzer K. Al-Dadah, LLC, and Monzer K. Al-Dadah ("Defendants") alleging violations of the whistleblower retaliation provisions of Section 11(c) of the Occupational Safety and Health Act ("OSH Act"), 29 U.S.C. § 660(c), and seeking an injunction against future violations of Section 11(c) and various forms of monetary and equitable relief for Ketra Mathews, Defendants' former employee who was the subject of the alleged Section 11(c) violations. (*See* ECF No. 1.)

2. The Secretary and Defendants have agreed to resolve all the Secretary's claims.

3. The Consent Judgment provides substantial monetary relief for Ms. Mathews, expungement from Defendants' files of any records reflecting the reasons for her separation, and

a requirement to provide neutral job references. It also enjoins Defendants from future violations of Section 11(c) and requires that they display OSHA posters in their place of business to inform employees of their rights under the OSH Act.

4. The Consent Judgment should be approved because it is fair, reasonable, and in the public interest.

5. A copy of the Consent Judgment, signed by the parties, is submitted in connection with this motion.

6. Defendants' counsel has represented that Defendants do not oppose this motion.

WHEREFORE, the Secretary respectfully requests the Court grant this motion and approve and enter the parties' agreed Consent Judgment.

Dated: July 31, 2023

                Respectfully submitted,

                **SEEMA NANDA**
                Solicitor of Labor

                **CHRISTINE Z. HERI**
                Regional Solicitor

                s/Benjamin R. Salk
                **BENJAMIN R. SALK**
                Trial Attorney
                U.S. Department of Labor
                Office of the Solicitor
                230 South Dearborn Street, Rm. 844
                Chicago, Illinois 60604
                Tel: (312) 353-2354
                Email: salk.benjamin.r@dol.gov

                *Attorneys for Plaintiff Julie A. Su, Acting Secretary of Labor, United States Department of Labor*